**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CUONG HUY CU,

      Petitioner,

    v.

D MARIN, et al.,

      Respondents.

Case No. 5:26-cv-01274-AB-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that Claims One and Two of the Petition are GRANTED, and Claim Three is PARTIALLY GRANTED.

DATED: July 9, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE